**Order entered February 13, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01112-CV

## IN THE INTEREST OF G.B., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-98-00657**

## ORDER

Before the Court is appellant's February 10, 2017 motion for extension of time to file appellant's supplemental brief. We **GRANT** appellant's motion.

We **ORDER** the supplemental brief received on January 11, 2017 filed as of the date of this order.

/s/    ELIZABETH LANG-MIERS
        JUSTICE